Clerk of Circuit Court, 2-11-2021

Hi, my name is Kourtnie Gilreath, my U.S. Marshal number is 54641-074. I'm currently located at FCI Aliceville. I've been designated here since January 7, 2021. The reason for my letter is because I was only given 2 days jail credit and I've been in federal custody since October 15, 2019 and Judge Corker gave me credit for my time since October 15 2019 but its only showing I get credit for 2 days in September 2018. I didn't even have a federal indictment at that time. Can you please respond and tell me what and who I have to contact to get my time credited. Thank you for your time

Sincerely,

Kourtnie Gilreath

Kourtnie Gilreath
#54641-074